# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**FILED** ☒  **LODGED** ☐
**RECEIVED** ☐ **COPY** ☐
DEC 24 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**CHARLES POSNANSKI**  v.  **WILLIAM GIBNEY, et al.**

THE HONORABLE JOHN W. SEDWICK    CASE NO. CIV 02-2010 PHX (JWS)

PROCEEDINGS:  **ORDER FROM CHAMBERS**    December 19, 2002

---

Based on the telephonic status conference conducted December 19, 2002, **IT IS ORDERED**:

(1) Any motion relating to the discovery of Mr. Posnanski's tax returns will be filed as soon as reasonably possible, with an opposition and reply to be filed in accordance with D.AZ.LR 1.10(c) and (d). The court will not entertain oral argument on this motion.

(2) Any motion to compel arbitration or for summary judgment which any party wishes to make shall be filed on or before **February 3, 2003.** Any opposition to such motion shall be filed on or before **March 3, 2003.** Any reply shall be filed not later than **March 17, 2003.** The provision of D.AZ.LR 1.10(f) concerning oral argument is replaced by the following for purposes of these motions: If any party desires oral argument, such party shall file a separate written request therefore not later than **March 17, 2003.** If one party files a request for oral argument all others are entitled to rely on it, and need not file additional requests. If oral argument is timely requested, the court will set a date for the argument as soon as reasonably practical (the court will need time to evaluate the motion papers before hearing oral argument). Oral argument may be heard telephonically, and if so, the movant will be responsible for arranging and paying for the necessary telephone connection.

(3) Following the ruling on the last of the motions mentioned above, any party may ask for a status conference for purposes of setting a trial date.

(4) It appears that discovery has been completed. There shall be no further discovery except upon application to and approval by the court.

