UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ___ LODGED
X RECEIVED ___ COPY

JUN 2 5 2003

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| CHARLES POSNANSKI, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CIV 02-2010-PHX-JWS |
| v. ) | |
| ) | |
| WILLIAM GIBNEY, et al., ) | |
| ) | |
| Defendants. ) | |

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court, having granted Defendants' Motion for Summary, Plaintiff shall take nothing this action and complaint are terminated.

June 25, 2003
Date

RICHARD H. WEARE
District Court Executive/Clerk

(By) Deputy Clerk

cc: (all counsel)