

FILED ✗
RECEIVED ___ LODGED
___ COPY
AUG 1 9 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES POSNANSKI, | No. CIV 02-2010 PHX JWS |
| Plaintiff, | |
| vs. | **ORDER** |
| WILLIAM GIBNEY, ET AL., | |
| Defendants. | |

Final judgment having been entered, Defendants filed a Bill of Costs on July 7, 2003, seeking the taxation of $16,790.95. The matter has been reviewed and costs have been awarded as follows.

    1. <u>Clerk Fees</u> - Pursuant to Local Rule 2.19, of the $245.00 claimed, only $100.00 is allowed.

    2. <u>Service Fees</u> - The $709.30 claimed is allowed.

    3. <u>Court Reporter Fees</u> - Pursuant to Local Rule 2.19 (e)(3), of the $4,197.75 claimed, only $3,749.00 is allowed. (No Appearance Fee, ASCII, or Min-U-Script allowed.)

    4. <u>Witness Fee</u> - The $306.00 claimed is allowed.

    5. <u>Exemplification Fees</u> - The $1,163.90 claimed is allowed.

    6. <u>Other Costs</u> - Pursuant to Local Rule 2.19 (e)(4), the $10,475.00 claimed is denied.

It is therefore Ordered that $6,028.20 be taxed by the Clerk and made a part of the judgment.

Case 2:02-cv-02010-JWS   Document 169   Filed 08/19/03   Page 2 of 2

1  DATED this 13th day of August, 2003.

2                                           RICHARD H. WEARE, CLERK

3                                           By  *Michael S. O'Brien*

4                                              Michael S. O'Brien
                                                  Chief Deputy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -