\_\_\_ FILED   ✗ LODGED
\_\_\_ RECEIVED \_\_\_ COPY

SEP - 2 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY\_\_\_         C. DEPUTY

✗ FILED
\_\_ RECEIVED   \_\_ LODGED
                \_\_ COPY
SEP  9 2003
CLERK U S DISTRICT COURT
BY              DISTRICT OF ARIZONA
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Posnanski, | NO. CIV 02-2010 PHX JWS |
| Plaintiff, | (~~Proposed~~) **ORDER GRANTING EXTENSION OF TIME FOR RESPONSIVE AND REPLY MEMORANDA TO MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES** |
| vs. | |
| William Gibney, Gibney & Associates, PLC and XL Specialty Insurance, | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing,

IT IS ORDERED that the responsive memorandum to defendants' William Gibney's and Gibney & Associates, PLC's motion for award of attorneys' fees and related non-taxable expenses shall be due on Friday, September 12, 2003.

IT IS FURTHER ORDERED that any reply memorandum shall be due on Friday, October 3, 2003.

DATED this _5th_ day of _Sept._, 200**3**.

_____
Honorable John W. Sedwick
United States District Judge