## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **CHARLES POSNANSKI** | v. | **WILLIAM GIBNEY, et al.** |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. CIV 02-2010 PHX (JWS) |

PROCEEDINGS:   **ORDER FROM CHAMBERS**                    November 5, 2003

---

The motion for an award of non-taxable costs at docket 172 is **DENIED**. See *generally* the order at docket 183.

