# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**FILED** DEC 1 8 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**CHARLES POSNANSKI**     v.     **WILLIAM GIBNEY, et al.**

THE HONORABLE JOHN W. SEDWICK     CASE NO. CIV 02-2010 PHX (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**     December 16, 2003

---

Defendant's motion for reconsideration at docket 185 may have merit. Accordingly, plaintiff Posnanski shall file a response to the motion on or before **December 31, 2003.** No reply shall be filed unless requested by the court.

