# File Returned from 9CCA

District Court Case # CV 02-2010 PHX-JWS

9CCA Case # 03-16418, 03-16477, 03-17235

**X** Civil   _____ Criminal

4 Clerk's Files

1 Transcripts - docket # 178 _____

_____

1 Bulkie documents - docket # 123 _____

_____

✓ Other documents   One folder of other documents

1 Expandos

yes (no) - Closed sticker

(yes) no - Appeal stamp

Verified by XSP
Date 1-6-06

MISSING 2-BULKIE DOCUMENTS
#46, 132

One Expando of other documents
returned empty

9CCA Notified