# File Returned from 9CCA

District Court Case # __CV02- 2010 PHX-JWS__

9CCA Case # __03-16418, 03-16477, 03-17235__

___✓___ Civil  _____ Criminal

_____ Clerk's Files

_____ Transcripts - docket # _____

__2__ Bulkie documents - docket # __46, 132__

___✓___ Other documents # __74__

_____ Expandos

yes/no - Closed sticker         ENTIRE FILE HAS BEEN
                                         RETURNED.
yes/no - Appeal stamp

Verified by __XSP__
Date __1-18-06__